## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.    21-CR-0155-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  TERRELL ADAMS,
    a/k/a "Terrell Marceles Adams,"
    a/k/a "Terrell Marcellus Adams,"
    a/k/a "Tyrese Henderson,"

     Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

## COUNT 1

On or about April 25, 2020, in the State and District of Colorado, the defendant,

TERRELL ADAMS, a/k/a "Terrell Marceles Adams," a/k/a "Terrell Marcellus Adams,"

a/k/a "Tyrese Henderson," knowing he had previously been convicted of a crime

punishable by imprisonment for a term exceeding one year, knowingly possessed a

firearm and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1.    The allegations contained in Count 1 of this Indictment are hereby re-

alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to

the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the violation alleged in Count 1 of this Indictment involving a violation of 18 U.S.C. § 922(g)(1), the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) a Diamondback Firearms, model DB9, 9mm semi-automatic pistol, bearing serial number YI1620; and (2) the recovered ammunition.

3.      If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

a)      cannot be located upon the exercise of due diligence;
b)      has been transferred or sold to, or deposited with, a third party;
c)      has been placed beyond the jurisdiction of the Court;
d)      has been substantially diminished in value; or
e)      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

2

A TRUE BILL:


<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney


*s/ Jena R. Neuscheler*
Jena R. Neuscheler
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: jena.neuscheler@usdoj.gov