| | |
|---|---|
| DEFENDANT: | TERRELL ADAMS, a/k/a "Terrell Marceles Adams," "Terrell Marcellus Adams," "Tyrese Henderson" |
| AGE or YOB: | 1998 |
| COMPLAINT FILED? | _____ Yes    ___X___ No<br><br>If Yes, MAGISTRATE CASE NUMBER: |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | ___ Yes   X  No<br>If No, a new warrant is required |
| OFFENSE(S): | Count 1: Possession of a Firearm/Ammunition by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(1) |
| LOCATION OF OFFENSE: | Adams County, Colorado |
| PENALTY: | Count 1: NMT 10 years' imprisonment, $250,000 fine, or both imprisonment and a fine; NMT 3 years' supervised release; $100 Special Assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years' imprisonment, NMT $250,000 fine, or both; NMT 5 years' supervised release; $100 Special Assessment. |
| AGENT: | Jonathan Dennis<br>Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives |
| AUTHORIZED BY: | Jena R. Neuscheler<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is not** applicable to this defendant.