AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| TERRELL ADAMS, | ) | Case No. | 21-cr-0155-PAB |
| a/k/a "Terrell Marceles Adams," | ) | | |
| a/k/a "Terrell Marcellus Adams," | ) | | |
| a/k/a "Tyrese Henderson," | ) | | |
| *Defendant* | | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     TERRELL ADAMS

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ❒ Superseding Indictment        ❒ Information        ❒ Superseding Information        ❒ Complaint

❒ Probation Violation Petition        ❒ Supervised Release Violation Petition        ❒ Violation Notice        ❒ Order of the Court

This offense is briefly described as follows:

  18 USC § 922(g)(1) – Possession of a Firearm/Ammunition By a Prohibited Person.

Date:     5/6/2021

*s/S. Phillips, Deputy Clerk*

*Issuing officer's signature*

City and state:     Denver, Colorado

Jeffrey P. Colwell, Clerk of Court

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*