IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00155-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    TERRELL ADAMS,
    a/k/a Terrell Marceles Adams,
    a/k/a Terrell Marcellus Adams,
    a/k/a Tyrese Henderson,

    Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce Terrell Adams YOB: 1998, now confined in the Downtown Detention Center, 490 W Colfax Ave., Denver, Colorado 80204 CDC Number 0000790821, Booking Number 2020-3936321, before a United States Magistrate Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return the said defendant to the institution where he was confined, under safe and secure conduct.

SO ORDERED this _____ day of _____, 2021

BY THE COURT:

_____
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO