IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00155-PAB-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     TERRELL ADAMS,
      a/k/a Terrell Marceles Adams,
      a/k/a Terrell Marcellus Adams,
      a/k/a Tyrese Henderson,

       Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States

Marshal or any other federal law enforcement officer to produce Terrell Adams YOB:

1998, now confined in the Downtown Detention Center, 490 W Colfax Ave., Denver,

Colorado 80204 CDC Number 0000790821, Booking Number 2020-3936321, before a

United States Magistrate Judge forthwith to appear for proceedings in the above-

referenced and pending case; and to hold said defendant at all times in custody as an

agent of the United States of America; that immediately after the conclusion of the

proceedings and final disposition of the above-entitled case, return the said defendant

to the institution where he was confined, under safe and secure conduct.

SO ORDERED this 10th day of May, 2021

BY THE COURT:

N. Reid Neureiter

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO