IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  21-cr-00155-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    TERRELL ADAMS,
    a/k/a Terrell MArceles Adams,
    a/k/a Terrell Marcellus Adams,
    a/k/a Tyrese Henderson,

    Defendant.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER** AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the body of Terrell Adams, YOB: 1998, now confined in the Downtown Detention Center, 490 W Colfax Ave., Denver, Colorado 80204 CDC Number 0000790821, Booking Number 2020-3936321, before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith in the United States District Court for the District of Colorado; to appear for proceedings in the above-referenced and pending case; and to hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the

conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court for the District of Colorado, you shall return the Defendant to the institution where he was confined, under safe and secure conduct.

DATED at Denver, Colorado, this __10th__ day of __May__, 2021.



BY THE COURT:

s/C. Madrid, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT