IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00155-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TERRELL ADAMS,
    *a/k/a Terrell Marceles Adams,*
    *a/k/a Terrell Marcellus Adams,*
    *a/k/a Tyrese Henderson,*

      Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

                Respectfully submitted,

                VIRGINIA L. GRADY
                Federal Public Defender


                s/ David E. Johnson
                DAVID E. JOHNSON
                Assistant Federal Public Defender
                633 17th Street, Suite 1000
                Denver, CO  80202
                Telephone:  (303) 294-7002
                FAX:  (303) 294-1192
                David_johnson@fd.org
                Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on June 3, 2021, I filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Jena R. Neuscheler, Assistant United States Attorney
E-mail:  jena.neuscheler@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Terrell Adams (via U.S. mail)

                                      s/ David E, Johnson
                                      DAVID E. JOHNSON
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      David_johnson@fd.org
                                      Attorney for Defendant