AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2021 JUN -4 AM 10: 42
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| | |
|---|---|
| United States of America<br>v.<br>TERRELL ADAMS,<br>a/k/a "Terrell Marceles Adams,"<br>a/k/a "Terrell Marcellus Adams,"<br>a/k/a "Tyrese Henderson,"<br>Defendant | )<br>)<br>)  Case No.  21-cr-0155-PAB<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **TERRELL ADAMS**
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
   18 USC § 922(g)(1) – Possession of a Firearm/Ammunition By a Prohibited Person.

Date:   5/6/2021

   s/S. Phillips, Deputy Clerk
   *Issuing officer's signature*

City and state:   Denver, Colorado

   Jeffrey P. Colwell, Clerk of Court
   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 05/06/21, and the person was arrested on *(date)* 6/02/21<br>at *(city and state)* Denver, CO.<br><br>Date: 06/02/21             *Arresting officer's signature*<br><br>                J Dennis        Special Agent 6289<br>                          *Printed name and title* |