IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00155-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TERRELL ADAMS,
    *a/k/a Terrell Marceles Adams,*
    *a/k/a Terrell Marcellus Adams,*
    *a/k/a Tyrese Henderson,*

       Defendant.

## NOTICE OF DISPOSITION

The defendant, Terrell Adams, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement

                            Respectfully submitted,

                            VIRGINIA L. GRADY
                            Federal Public Defender


                            s/ David E. Johnson
                            DAVID E. JOHNSON
                            Assistant Federal Public Defender
                            633 17th Street, Suite 1000
                            Denver, CO  80202
                            Telephone:  (303) 294-7002
                            FAX:  (303) 294-1192
                            David_johnson@fd.org
                            Attorney for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on September 10, 2021, I filed the foregoing **Notice of Disposition** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Jena R. Neuscheler, Assistant United States Attorney
E-mail:  jena.neuscheler@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Terrell Adams (via U.S. mail)

                                                s/ David E, Johnson
                                                DAVID E. JOHNSON
                                                Assistant Federal Public Defender
                                                633 17th Street, Suite 1000
                                                Denver, CO  80202
                                                Telephone:  (303) 294-7002
                                                FAX:  (303) 294-1192
                                                David_johnson@fd.org
                                                Attorney for Defendant