IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00155-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  TERRELL ADAMS
    Defendant.

___

**ENTRY OF APPEARANCE OF COUNSEL**
___

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    <u>United States of America</u>

    DATED at Denver, Colorado this 29th day of September 2021.

<u>Valeria Spencer</u>
Name of Attorney
<u>United States Attorney's Office</u>
Firm Name
<u>1801 California Street, Suite 1600</u>
Office Address
<u>Denver, CO, 80202</u>
City, State, ZIP Code
<u>303-454-0100</u>
Telephone Number
<u>Valeria.spencer@usdoj.gov</u>
Primary CM/ECF E-mail Address

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/Valeria Spencer*
VALERIA SPENCER
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0401
E-mail: Valeria.spencer@usdoj.gov
Attorney for Government

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2021, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

      By:   *s/Portia Peter*
              Portia Peter
              Legal Assistant
              U.S. Attorney's Office