IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.:  21-cr-00155-PAB | Date:  October 15, 2021 |
| Courtroom Deputy:  Bernique Abiakam | Court Reporter:   Janet Coppock |

*Parties:*                                                                         *Counsel:*

UNITED STATES OF AMERICA,                          Jena R. Neuscheler
                                                                              Valeria N. Spencer

    Plaintiff,

v.

TERRELL ADAMS,                                                David E. Johnson

    Defendant.

---

### COURTROOM MINUTES

---

**CHANGE OF PLEA HEARING**

**11:03 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Preliminary remarks by the Court.

The Plea Agreement (Court Exhibit 1), Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) tendered to the court.

Defendant sworn.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant waives formal advisement.

Defendant is re-arraigned.

Defendant enters plea of guilty to **Count One** of the **Indictment**.

Court states its findings of fact and conclusions of law.

**ORDERED:** The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

**ORDERED:** Court Exhibits 1 and 2 are admitted.

**ORDERED:** Defendant's plea of guilty is accepted.

**ORDERED:** The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:** Any motions for departure or variance shall be filed within the time limits specified by Fed. R. Crim. P. 32(f)(1), as discussed.

**ORDERED:** Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.

**ORDERED:** Sentencing is set for February 18, 2022 at 10:10 a.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.

**ORDERED:** Any pending pretrial motions on behalf of the Defendant are deemed MOOT.

**ORDERED:** Defendant is remanded to the custody of the U. S. Marshal.

**11:33 a.m.**    Court in recess.

Hearing concluded.
Total time in court:    00:30