IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00155-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. TERRELL ADAMS,

        Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 14th day of December 2021.

        COLE FINEGAN
        United States Attorney

By:    s/ *Albert Buchman*
        ALBERT BUCHMAN
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: Al.Buchman@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on this 14th day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By:   *s/ Brenda L. Lozano*
      BRENDA L. LOZANO
      Legal Assistant
      United States Attorney's Office