# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00155-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRELL ADAMS,
    a/k/a Terrell Marceles Adams,
    a/k/a Terrell Marcellus Adams,
    a/k/a Tyrese Henderson,

    Defendant.

_____

**UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTIONS AND RESPONSES TO PRESENTENCE REPORT**
_____

The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Albert Buchman, respectfully files this Response to Defendant's "Objections and Responses to Presentence Report." Dkt. 30. The Government's responses are as follows:

Paragraph 17: As noted in discovery, the Aurora Police Department conducted a records check, which indicated that Defendant is a gang member. *See* Ex. 1 (referencing an April 26, 2019, Denver Police contact with Defendant). Furthermore, the Aurora Police Detective investigating this case learned that Defendant is an active "R60" gang member. *See* Ex. 2.

1

The Government recently received the April 26, 2019, field interview that is referenced in the Aurora records check in Exhibit 1. In that interview, Defendant admits he is a crip gang member. *See* Ex. 3. The Government asserts that these exhibits collectively show Defendant's membership in the "Rollin' 60s Neighborhood Crips" street gang. All exhibits have been produced to defense counsel.

Paragraphs 22, 28, 32, 90: The Government relies on *United States v. Lozado*, 2021 WL 4901656 (10th Cir. 2021), *States v. Armijo*, 651 F.3d 1226 (10th Cir. 2011); *Damaso-Mendoza v. Holder*, 653 F.3d 1245 (10th Cir. 2011); and *United States v. Herron*, 432 F.3d 1127 (10th Cir. 2005) in asserting that a conviction under Colorado's felony menacing statute, C.R.S. § 18-3-206(1), constitutes a crime of violence per USSG § 2K2.1(a)(2).

Paragraph 47: The Government does not possess information to dispute this fact.

Paragraphs 51, 55: The Government does not possess information to dispute this fact.

Paragraph 57, 83: The Government does not possess information to dispute this fact.

Page R-3: The Government has spoken with U.S. Probation Officer Sinaka, who has considered Defendant's objection. She has advised that Probation will withdraw the recommendation for a residential reentry center requirement. *See* Dkt. 29, Ex. A, at R-3.

//

She further states that she will request modification if the condition becomes necessary in the future. In light, the Government takes no position on the objection at this time.

DATED this 3rd day of February, 2022.

COLE FINEGAN
United States Attorney

s/ Albert Buchman
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Al.buchman@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                            s/ *Albert Buchman*
                                            ALBERT BUCHMAN
                                            Assistant United States Attorney