A records check was conducted on S Adams S Adams has a valid warrant from Department of Corrections for parole violation Felony He is on parole for assaulting a correction Officer S Adams also comes back as a validated gang
<< Page 29 >>
<< INV_00000030 >>

AURORA POLICE DEPARTMENT
GENERAL OFFENSE HARDCOPY
ROBBERY STREET GUN
GO 2020 14512
REFER TO OTHER LAW
ENFORCEMENT
Follow Up Report 6
For 315157 Printed On Sep 10 2020 Thu Page 27 of 56
member Denver Police is the contact on 06 07 2015 and 04 26 2019 S Adams