FOLLOW UP INVESTIGATION BY DETECTIVE CROWE
On 04 28 2020 I was assigned this case for follow up and case filing After reading the attached report I was contacted by Detective David Gallegos that Mr Adams is on Parole and is known as an active gang member R60 and I should consider looking at Federal charges against Mr Adams