**Field Interview**  Apr 26, 2019

| | |
|---|---|
| AGENCY: Denver Police Department | REF NBR: 26813 |
| PULLING FROM: Field Interviews (Street Check) Database Table | |

REMARKS:   WELFARE CHK, PARTY TRANSPORTED TO DHMC FOR DRUG USE
ADDRESS:   1600 BLOCK N IRVING ST

▼ close 1 report

**Report**  Apr 26, 2019, 24:00

AGENCY:   Denver Police Department
PULLING FROM:   Narratives Database Table
OFFICER:   LOPEZ, ISMAEL M.

Officers responded to the area of W 16th Ave and N Irving St after being flagged down on a report of a male acting erratic and undressing in the street. Officers contacted Terrell ADAMS ▇▇▇98 and placed him into protective custody. ADAMS was transported to DHMC for narcotics use.

ADAMS stated that he was a Crip GM from the East Side.