**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.: 21-cr-00155-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRELL ADAMS,
    a/k/a Terrell Marceles Adams,
    a/k/a Terrell Marcellus Adams,
    a/k/a Tyrese Henderson,

    Defendant.

**UNITED STATES' MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO U.S.S.G. § 3E1.1(b)**

The United States, by and through United States Attorney Cole Finegan and Assistant United States Attorney Albert Buchman, at sentencing, and as a condition thereof, moves the Court for an order granting Defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b). Defendant's agreement to plead guilty and

//

//

//

timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

                DATED this 4TH day of February, 2022.

                COLE FINEGAN
                United States Attorney


                s/ Albert Buchman
                ALBERT BUCHMAN
                Assistant United States Attorney
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Telecopier: (303) 454-0403
                E-mail: Al.buchman@usdoj.gov
                Attorney for the United States

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                        By: *s/Stephanie Price*
                                                Legal Assistant