IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00155-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     TERRELL ADAMS,
       a/k/a "Terrell Marceles Adams,"
       a/k/a "Terrell Marcellus Adams,"
       a/k/a "Tyrese Henderson,"

       Defendant.
_____

## PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the *United States' Motion for Preliminary Order of Forfeiture* pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). The Court having read said Motion and being fully advised in the premises finds:

THAT on October 15, 2021, the United States and defendant Tyrell Adams entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c);

THAT the requisite nexus exists between the Diamondback Firearms, model DB9, 9mm semi-automatic pistol, bearing serial number Y11620 and 5 rounds of ammunition, and Count One, a violation of Title 18, United States Code, Section 922(g)(1), to which defendant Terrell Adams has pleaded guilty; and

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the *United States' Motion for Preliminary Order of Forfeiture* is GRANTED;

THAT defendant's interest in the Diamondback Firearms, model DB9, 9mm semi-automatic pistol, bearing serial number Y11620, and 5 rounds of assorted ammunition, are forfeited to the United States in accordance with Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c);

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings; and

3

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this ____ day of _____2022.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States Chief District Judge