IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 21-cr-00155-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    TERRELL ADAMS,

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture [Docket No. 38] pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). The Court, having read said motion and being fully advised in the premises, finds:

THAT on October 15, 2021, the United States and defendant Tyrell Adams entered into a plea agreement which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);

THAT the requisite nexus exists between the Diamondback Firearms, model DB9, 9mm semi-automatic pistol, bearing serial number: Y11620, and 5 rounds of ammunition, and Count One, a violation of 18 U.S.C. § 922(g)(1), to which defendant Terrell Adams has pleaded guilty; and

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third

parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT defendant's interest in the Diamondback Firearms, model DB9, 9mm semi-automatic pistol, bearing serial number: Y11620, and 5 rounds of assorted ammunition, are forfeited to the United States in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);

THAT, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website, for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings; and

3

THAT this Preliminary Order of Forfeiture may be amended pursuant to Fed. R. Crim. P. 32.2(e)(1).

DATED: February 11, 2022.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge