IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00155-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TERRELL ADAMS,
    *a/k/a Terrell Marceles Adams,*
    *a/k/a Terrell Marcellus Adams,*
    *a/k/a Tyrese Henderson,*

       Defendant.

---

## MATERIALS IN SUPPORT OF SENTENCING

---

The defendant, Terrell Adams ("Mr. Adams"), by and through undersigned counsel, hereby submits the attached letter for this Court's consideration in advance of sentencing[1].  *See* Attachment 1.

                               Respectfully submitted,

                               VIRGINIA L. GRADY
                               Federal Public Defender

                               s/ David E. Johnson
                               DAVID E. JOHNSON
                               Assistant Federal Public Defender
                               633 17th Street, Suite 1000
                               Denver, CO  80202
                               Telephone:  (303) 294-7002
                               FAX:  (303) 294-1192
                               David_johnson@fd.org
                               Attorney for Defendant

---

[1] This letter was received by counsel's office outside of the time limitation of the District Court's Local Rule 32.1(e), and therefore, the Probation Office explained that it could not submit the document to the Court under that local rule.  Mr. Adams files it here for this Court's consideration.

CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, I filed the foregoing ***Materials in Support of Sentencing*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Jena R. Neuscheler, Assistant United States Attorney
Email:  jena.neuscheler@usdoj.gov

Valeria Spencer, Assistant United States Attorney
Email:  valeria.spencer@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Terrell Adams (via U.S. mail)

                                                s/ David E, Johnson
                                                DAVID E. JOHNSON
                                                Assistant Federal Public Defender
                                                633 17th Street, Suite 1000
                                                Denver, CO  80202
                                                Telephone:  (303) 294-7002
                                                FAX:  (303) 294-1192
                                                David_johnson@fd.org
                                                Attorney for Defendant