# Attachment 1

The Hon. Philip A. Brimmer

United States District Judge

District of Colorado

Re: Terrell Adams

Dear Judge Brimmer:

Who among us is infallible? No human being meets their standards completely. There are punctuated moments of lapses of judgment that can potentially cause harm to oneself and/or others, intentionally or unintentionally. Much ink has been spilled chronicling this in the lives of many from philosophers to poets to politicians to presidents to public figures to everyday citizens. But, should that define someone's character? Malcolm Forbes once said, "You can easily judge the character of a person by how they treat someone who can do nothing for them."

    I have known Terrell Adams for nine years. I met Terrell at a church youth group and became his mentor for several years. During the years I have known Terrell he has displayed attributes that are endearing and encouraging. Terrell has shown the ability to listen, speak positively into the lives of others, and give to the impoverished. First, I can recall a time when Terrell took other kids under his wing, showed them how to follow rules, and speak to them from a position of understanding and experience so that they would hopefully grow. Second, I have been witness to Terrell giving to others. One day in particular Terrell and I made sandwiches, purchased bottled water, and went downtown to homeless encampments and distributed the food and water to the homeless. Terrell took great interests in this endeavor. As we were handing out the food, he told me why he was emotional about what we were doing. He had known what it was like to be without essential needs, so he could relate to them and it felt good to be in a position to come to the aid of others.

    While Terrell has put himself in precarious positions, he is bright, positive, charismatic, and cares for others. As he continues to mature, he has the potential to be productive in whatever he puts his effort and energy into.

Warmest Regards,

Chester Mallory

*[signature: Chester Mallory]*