IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 21-cr-00155-PAB | Date:  February 18, 2022 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:   Janet Coppock |
| Probation Officer:    Michelle Sinaka | |

*Parties:*                                                                          *Counsel:*

UNITED STATES OF AMERICA,                              Albert Buchman

   Plaintiff,

v.

1.   TERRELL ADAMS,                                                David Johnson

   Defendant.

### COURTROOM MINUTES

**SENTENCING**

**10:00 a.m.**   **Court in session.**

Appearances of counsel.  Defendant present in custody.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:**   Defendant's Motion for Below-Guideline Sentence [33] is GRANTED IN PART.

**ORDERED:**   Defendant shall be imprisoned for 80 months, concurrent with the sentences imposed in Weld County District Court, Case Number

17CR2609, and Denver County District Court, Case Numbers 20CR5668 and 21CR1836. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years.

**ORDERED:** Conditions of Supervised Release, as stated on record.

**ORDERED:** Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately. No fine is imposed.

**ORDERED:** Defendant shall forfeit any interest in property, as stated on record, to the United States.

**ORDERED:** United States' Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. 3E1.1(b) [32] is GRANTED.

Defendant advised of right to appeal.

Court recommends that the Bureau of Prisons place the defendant at a facility where he can get appropriate mental health treatment.

**ORDERED:** Defendant is remanded to the custody of the U. S. Marshal.

**11:00 a.m.** Court in recess.

Hearing concluded.
Total time in court:    1:00