IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-155-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      TERRELL ADAMS,

        Defendant.
_____

**UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE**
_____

        COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Laura B. Hurd, and hereby gives notice to the Court that it will not seek a final criminal order of forfeiture for the Diamondback Arms INC DB9 pistol, s/n Y11620 and 5 rounds of ammunition listed in the Preliminary Order of Forfeiture (Doc 39).   After entry of the Preliminary Order of Forfeiture, the United States sent notices to potential addresses for the owner of the firearm who had reported it as stolen, because that individual had not been located previously.  (Doc. 44, 45).   The individual has now been located and, therefore, the United States will not seek a final order of forfeiture in this case.

        DATED this 8th day of March 2023.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

1

By: *s/Laura B. Hurd*
Laura B. Hurd
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
303-454-0100
Laura.hurd@usdoj.gov
*Attorney for the United States*

2